No. 75–5806.  OLDEN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 75–5808.  MILLER v. GUNN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 75–5812.  WILLIAMS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 75–5814.  GILLIARD v. CASSCLES, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5816.  LUCKETT v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 75–5819.  CRONNON v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 75–5820.  SCARPELLI v. WORKMEN's COMPENSATION APPEAL BOARD ET AL.  Pa. Commw. Ct.  Certiorari denied.

No. 75–5821.  JONES v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5823.  WAGNER v. CUPP, PENITENTIARY SUPERINTENDENT.  Ct. App. Ore.  Certiorari denied.

No. 75–5824.  VAN METER v. MORGAN, SHERIFF.  C. A. 8th Cir.  Certiorari denied.

No. 74–758.  PROVIDENT SECURITIES Co. v. FOREMOST-McKESSON, INC.  C. A. 9th Cir.  Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.